No. 98–1045. ARTUZ, SUPERINTENDENT, GREEN HAVEN COR-RECTIONAL FACILITY v. FERNANDEZ; ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY v. BROOKS; ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY v. SOSA; STINSON, SUPERINTENDENT, GREAT MEADOW CORREC-TIONAL FACILITY v. AVINCOLA; KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY v. BRANNIGAN; SENKOWSKI,

SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY *v.* KIRBY; KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY *v.* OPPENHEIMER; and WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY *v.* LA TORRES. C. A. 2d Cir. Motions of respondents Adalberto Fernandez and Timothy Kirby for leave to proceed *in forma pauperis* granted. Certiorari denied.